# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | 21-30029-01 |
| | ) | |
| JOHN BILECK, SR. | ) | |

### REPORT AND RECOMMENDATION CONCERNING PLEA OF GUILTY

The United States of America and the Defendant having both filed a written consent, appeared before me pursuant to Rule 11, Fed. R. Crim. P. and CDIL Rule 72.1(A)(24). The Defendant entered a plea of guilty to counts 1 and 2 of the Indictment. After cautioning and examining the Defendant under oath concerning each of the subjects mentioned in Rule 11, I determined that the guilty pleas were knowing and voluntary as to each count, and that the offenses charged are supported by an independent factual basis containing each of the essential elements of such offenses. I therefore recommend that the pleas of guilty be accepted, order that a pre-sentence investigation and report be prepared, and recommend that the Defendant be adjudged guilty and have sentence imposed accordingly.

  3/23/2023                                                    s/ Karen L. McNaught
Date                                                        KAREN L. McNAUGHT
                                                                UNITED STATES MAGISTRATE JUDGE

### NOTICE

      Failure to file written objections to this Report and Recommendation within fourteen (14) days from the date of its service, being the Court's electronic service, shall bar an aggrieved party from attacking such Report and Recommendation before the assigned United States District Judge.  28 U.S.C. 636(b)(1)(B).